

# Fourth Court of Appeals
## San Antonio, Texas

September 22, 2021

No. 04-21-00309-CV

William **KIND** and Jasmine Lopez,
Appellants

v.

**JAD SA INVESTMENTS, LLC**,
Appellees

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2021CV01663
Honorable J. Frank Davis, Judge Presiding

### ORDER

In accordance with this court's opinion, the trial court's judgment is VACATED and the case is DISMISSED. See TEX. R. APP. P. 42.3. It is ORDERED that no costs are assessed because appellants are indigent. See TEX. R. APP. P. 20.1.

It is so **ORDERED** on September 22, 2021.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of September, 2021.

_____
Michael A. Cruz, Clerk of Court